## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CHED ANTOINE, in his individual capacity and as personal representative of the heirs of JAMES ANTOINE,<br><br>      Plaintiff,<br> v.<br><br>HESS CORPORATION, HESS OIL NEW YORK CORP., as successor by merger of HESS OIL VIRGIN ISLANDS CORP.,<br><br>      Defendants. | CASE NO. 1:21-cv-273<br><br>JURY TRIAL DEMANDED |

### HESS'S NOTICE OF FILING OF AMENDED PLEADING AS A MATTER OF COURSE

WHEREAS, on September 15, 2021, Hess Corporation filed its original responsive pleading (Dkt. No. 3):

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 15(a)(1)(A) and L.R.Civ.P. 15.1, Hess Corporation hereby files its First Amended Answer and Counterclaim as a matter of course, a copy of which is attached as Exhibit A. Attached as Exhibit B is a reproduction of the entire pleading as amended specifically delineating the changes and additions.

                Respectfully submitted,

                **Beckstedt & Kuczynski LLP**
                *Attorneys for Defendant Hess*
                2162 Church Street
                Christiansted, VI  00820
                Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: October 6, 2021.  By:  s/ Carl A. Beckstedt, III
                Carl A. Beckstedt III, Esq.
                carl@beckstedtlaw.com
                VI Bar No. 684