IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CHED ANTOINE, in his individual capacity as personal representative of the heirs of JAMES ANTOINE<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>HESS CORPORATION, et. al.,<br><br>　　　　　　　　Defendants. | CIVIL NO. 1:21-cv-273<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE
FOR HESS OIL NEW YORK CORP.**

WHEREAS, in processing a merge document to generate notices of appearances in multiple matters for both Hess Corporation and/or Hess Oil New York Corp. in various matters pending in this Court, Attorney Michael A. Rogers' notice of appearance inadvertently included Hess Oil New York Corp. (Upon information and belief, Hess Oil New York Corp. has not yet been served in this matter.) Accordingly,

PLEASE TAKE NOTICE that Attorney Michael A. Rogers, Esq. hereby withdraws his appearance for Hess Oil New York Corp. Attorney Rogers remains as co-counsel for Hess Corporation.

　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: March 23, 2022　　By:　/s/ Michael A. Rogers
　　　　　　　　　　　　　　　　Michael A. Rogers, Esq.
　　　　　　　　　　　　　　　　VI Bar No. 1295
　　　　　　　　　　　　　　　　**Beckstedt & Kuczynski LLP**
　　　　　　　　　　　　　　　　2162 Church Street
　　　　　　　　　　　　　　　　Christiansted, VI　00820
　　　　　　　　　　　　　　　　Tel: (340) 719-8086 / Fax: (800) 886-6831
　　　　　　　　　　　　　　　　michael@beckstedtlaw.com